**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                                                    Case No. _____

**BETA BOOK PUERTO RICO ONC** _____     Chapter **7** _____
                          Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **December 30, 2015** _____     Signature: ***/s/ EDUARDO SANTACANA LABRADA*** _____
                                                          **EDUARDO SANTACANA LABRADA, REPRESENTATIVE SHAREHOLDE**Debtor

Date: _____     Signature: _____
                                                                                    Joint Debtor, if any

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

ALIANZA PEDAGOGICA CORP
826A 2DO PISO AVE
RIO PIEDRAS, PR  00925


AMERICAN GREETINGS
PO Box 640782
Pittsburgh, PA  15264-0782


ANA LUISA DURAN
URB. COLINAS DE MONTE CARLO A 1 -18 CALL
SAN JUAN, PR  00924


ANA NAVARRO
AVENIDA LOMAS VERDES CARR 177 SANTA MARI
GUAYNABO, PR  00969


ANGEL M AGOSTO
PO BOX 1393
RIO GRANDE, PR  00745


ANGEL ORTIZ GUZMAN
1A 23 PARUQES DE SAN IGNACIO
SAN JUAN, PR  00921


ANGIE GUTIERREZ
URB ROLLING HILL
138 Carr 860
Carolina, PR  00987-7273

ANIBAL ROSARIO PLANAS
EXT. SANTA TERESITA
3939 Calle Santa Alodia
Ponce, PR  00730-4632


ANISSA V. HERNANDEZ
PO Box 547
Gurabo, PR  00778-0547


ARTGAME
7370 ESAT GATE ROAD SUITE 150
HENDERSON, NV  89011


ARTURO BIRD CARMONA
PO Box 901
Luquillo, PR  00773-0901


ASOCIACION DE INDUSTRIALES DE PR
Centro Internacional de Mercadeo
Guaynabo, PR  00968


ATT
PO BOX 70261
SAN JUAN, PR  00936-8261


AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR  00936-3508

BAKER AND TAYLOR
PO Box 277938
Atlanta, GA  30384-7938


BANCO POPULAR
PO BOX 70100
SAN JUAN, PR  00936-8100


BARBARA SANTIAGO
CALLE PORTUGAL
486 VISTAMAR
CAROLINA, PR  00986


BIBLIOINFORMATICA
PO Box 19221 FERNANDEZ JUNCOS STATION
San Juan, PR  00910-1221


CAIN
CENTRAL 708 ROYAL HOUSE 502
SAN JUAN, PR  00907


CAPSTONE PRESS ENC
PO Box 669
Mankato, MN  56002-0669


CARIBBEAN GOOD
9616 CAMINO COMERCIO
SAN ANTONIO, PR  00690

CARLOS ANTONIO FERNANDEZ FUERTES
URB. VILLA NEVAREZ C 20 NUM 317
SAN JUAN, PR   00936


CAROL BLANCO ORTEGA
126 CIUDAD DEL LAGO
TRUJILLO ALTO, PR   00976


CARVAJAL
PO BOX 195040
CATANO, PR   00962


CASIANO COMMUNICATIONS
PO BOX 12130
SAN JUAN, PR   00909-1213


CATTY JINNAS DIAZ
HC 3 BOX 9329
GURABO, PR   00778


CGA COMERCIAL GRUPO ALLANA
JUAN IGNACIO LUCA DE TENA, 15
MADRID, ES   28027


COQUI SANTALIZ
PO BOX 801106
COTO LAUREL, PR   00731

```
CPA MARIA VICTORIA
CAPITAL CENTER PLAZA SUITE 1004
SAN JUAN, PR  00918-1400


DAEMON COMIC DISTRIBIUTORS, ENC
PO BOX 79582
BOLTIMORE, MD  21279


DANIEL A. RODRIGUEZ PAGAN
CALLE B NUMERO 13 URB TIERRA SANTA
VILLA ALBA, PR  00766


DEL MAR
PO BOX 4682
CAROLINA, PR  00987-4682


DIANILUZ CORA
90 CONDOMINIO RIO VISTA I-215
CAROLINA, PR  00987


DICARLIZ CORPORATIOIN
PO BOX 137667
SAN JUAN, PR  00908


DIS
PO BOZ 9066544
SAN JUAN, PR  00936
```

DORCIA SMITH SILVA
UNIVERSIDAD DE PR RIO PIEDRAS DEPARTAMEN
RIO PIEDRAS, PR  00931-3323


EDICIONES NORTE
PO BOX 29461
SAN JUAN, PR  00926


EDICIONES PUERTO INC.
PO BOX 9090
SAN JUAN, PR  00908-9090


EDICIONES SM PUERTO RICO
PO BOX 50091
TOA BAJA, PR  00950-0091


EDITIRAL GLORY VILLE
3308 BERWIK LN LAKELAND
LAKELAND, FL  33810


EDITORA EDUCACION EMERGENTE
ALTURAS DE JOYUDA 6020 STEPHANIE
CABO ROJO, PR  00623-8907


EDITORIAL CULTURAL
CALLE ROBLES #51
RIO PIEDRAS, PR  00925

EDITORIAL EDIL
PO BOX 23088 UPR STATION
SAN JUAN, PR 00931


EDITORIAL PLANETA MEJICANO
AVENIDA PRESIDENTE MASARIK 111 2PL COL.
DELEGACION MIGUEL IDALGO, ME 11570


EDITORIAL TIEMPO NUEVO
PO BOX 368065
SAN JUAN, PR 00936


EDITORIAL UNIVERSIDAD DE PR
PO BOX 23322 ESTACION UPR
SAN JUAN, PR 00931-3322


ELINA GUISASOLA
METRO OFFICE PARK 7 SUITE 207
GUAYNABO, PR 00968


ENLACE
PO BOX 79762
CAROLINA, PR 00987


ERISBELIA GARRIGA
1635 E. 52ND STREET
BROOKLIN, NY 11234

ESTHER M. ANDRADE PIZARRO
VILLA CAROLINA 613, 236-2
CAROLINA, PR  00985


FELIX MILLAN
PO BOX 535
FAJARDO, PR  00773-0535


FOLIO BY FUN N NUF
PO BOX 12368
COLOMBUS, OH  43212


FORSA EDITORES INC
PO BOX 11249
SAN JUAN, PR  00936


FW MEDIA
4700 ESAT GALBRIDE ROAD
CINCINATY, OH  45236


GFR MEDIA LLC
PO BOX 71445
SAN JUAN, PR  00936-8545


GIRON
2141 WEST 21 ST
CHOCAGO, IL  60608

GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA
APARTADO 8
CAROLINA, PR   00986


GRUPO TREVENQUE
CAMINO BAJO DE HUETOR 150
GRANADA, ES   18008


HACHETTE
53 STATE ST
BOSTON, MD   02109


HAROLD ACEVEDO MARQUEZ
BUZON 23 URB. ESTANCIAS DE SAN RAFAEL
TRUJILLO ALTO, PR   00976


HAROLD JESURUN
PO BOX 194169
SAN JUAN, PR   00919


HARPER COLLINS
10 ESAT 53RD STREET
NEW YORK, NY   1022


HIRAM A. SANCHEZ MARTINEZ
WV8-36 CALLE TIRSO DE MOLLINA URB RIVERA
SAN JUAN, PR   00926-6809

HIRAM LOZADA PEREZ
AVE PONCE DE LEON 452 OFICINA 416
SAN JUAN, PR  00936


HUGO RODRIGUEZ DIAS
CONDOMINIO LAS TORRES EDI NORTE OFFICINA
BAYAMON, PR  00959


IDEAL WORKS LLC
23263 LEA CT
VALENCIA, CA  91354


IDELISA RIOS
CALLE CASTILLA BB 26 ALTURAS DE CASTELLA
CAROLINA, PR  00983


INGRAM
1210 INGRAM DRIVE
ATLANTA, GA  30384-716


INGRID BORGES
1158 AVE MAGDALENA TH #11
SAN JUAN, PR  00907


IVAN FIGUEROA OTERO
253 CALLE SAN JORGE TORRE MEDICA SUITE 4
SAN JUAN, PR  00966

JAIME L. MARZAN RAMOS
PO BOX 10225
SAN JUAN, PR  00908


JERRY TORRES SANTIAGO
CALLE 9 #26 BO PALMAS
YAUCO, PR  00698


JORGE L. NINA ESPINOSA
CALLE LAFAYETTE 157 PARADA 20
SAN JUAN, PR  00906-2620


JOSELYN TORRES
111 EL VEDADO CALLE ISABEL ANDREU
SAN JUAN, PR  00926


JR BLUE
CALLE B LOTE 35
CAROLINA, PR  00985


JUBILEE GROUP INC
PO BOX 11221
SAN JUAN, PR  00936


L&R CRETIVE CORP
BO QUEBRADA ARENA CARR 1 KM 27
CAGUAS, PR  00725

```
LAURA F. DIAZ FEBRES
CALLE SONORA AH -4 VENUS GARDENS
SAN JUAN, PR  00926


LD BOOKS
8313 NY68 TH STREET
MIAMY, FL  33166


LETRAS INC
PO BOX 50091
TOA BAJA, PR  00949


LIBROS EL NAVEGANTE
PO BOX 9023659
SAN JUAN, PR  00901


LINDA PAGAN
PLAZA 18 - ME 26 MONTE CLARO
BAYAMON, PR  00961


LUZ A CARRILLO
CALLE 28 TI 26 AVENIDA TURABO GDNS
CAGUAS, PR  00725


LYNNE RIENNER CO
1800 30 TH ST SUITE 314
BOWLER, CO  80301-1026
```

MAGALY QUINONES
PO BOX 22269
SAN JUAN, PR  00931


MARIA BIRD PICO
EI 307 GANIVETTE
SAN JUAN, PR  00926


MARIA TERESA CABEZAS CARRASQUILLO
33 URB. BLQ 5 #30 VILLA CAROLINA
CAROLINA, PR  00985


MARISOL CATRO TELLERIAS
PO BOX 6581
SAN JUAN, PR  00914


MELISSA A . CLANCY
PMB 452 1353 RD 19
GUAYNABO, PR  00966


METRO COMICS INC
PO BOX 1787
GUAYNABO, PR  00970


MIGADALIA GUZMAN LUGO
CALLE 424 MO 13 COUNTRY CLUB
CAROLINA, PR  00982

MIGUEL A. ARRIETA MORALES
PO BOX 195445
SAN JUAN, PR  00919


MIGUEL ANGEL BOSQUES
CALLE 4 AG 2 URB ALMIRA
TOA BAJA, PR  00949


MIGUEL ANGEL ZAYAS
1624 COLIBRI URB BRISAS DEL PRADO
SANTA ISABEL, PR  00757


MOISES TOLLINCHI
URB LA ARBOLEDA CALLE HASTING B 9
GUAYNABO, PR  00966


MS BOOKS
138 AVE WINSTON CHURCHIL
SAN JUAN, PR  00936


MUNICIPIO DE CAROLINA -CRIM
PO BOX 8
CAROLINA, PR  00986-0008


MUSEO DE ARTE CONTEMPORANEO DE PR
PONCE DE LEON ESQ ROBERTO H TODD PARADA
SANTURSE, PR  00907

NELSON BASSI SABIDURIA ETERNA EDICIONES
MSC #834 138 AVE WINSTON CHURCHIL
SAN JUAN, PR  00926


PANAMERICANA
PO BOX 25189
SAN JUAN, PR  00926


PANININ FOODBOL PR
PO BOX 20216
SAN JUAN, PR  00928-0701


PENGUIN
6303 E TANQUE VERDE RD SUITE 110
TUCKSIN, AZ  85715


PERIODICO METRO
CALLE JOSE R. CARAZO #64
GUAYNABO, PR  00969


PERSEBUS
210 AMERICAN DRIVE
JAKSON, TN  38301


PINEYRO Y LARA
PMB #212 PO BOX 70171
SAN JUAN, PR  00936

PLAZA CAROLINA
PO BOX 9000
CAROLINA, PR   00988-9000


PLAZA LAS AMERICAS
PO BOX 363268
SAN JUAN, PR   00936-3268


PLAZA MAYOR
APART. POSTAL 3148
GUAYNABO, PR   00970


PMB 255 (FERNANDO FERNANDEZ)
PO BOX 6032
CAROLINA, PR   00984


PML ADVERTISING AND PRINTING SERVICES
PO BOX 191182
SAN JUAN, PR   00919-1182


POSTALES BIEN COOL
PO BOX 361056
SAN JUAN, PR   00936-1056


PUBLICACIONES EXCELENTE
PO BOX 361890
SAN JUAN, PR   00936

PURA VIDA BOOKS DISTRIBUITORS
PO BOX 2022
SALINAS, PR  00751


QUALITY LINK TOLINK
DE PLAZA LINCOLNL 100 ESTE 100 NORTE 50
SAN VICENTE MORAVIA, CR  11401


RANDOM HOUSE
6303 E TANQUE VERDE RD SUITE 110
TUCKSON, AK  85715


REPRESENTACIONES BORINQUENAS INC
PO BOX 139
AGUAS BUENAS, PR  00703


RUBIS CAMACHO VELAZQUEZ
HC 01 BUZON 5459
GUAYNABO, PR  00969


SAFARY LTD
1400 N.W. 159TH ST SUITE 104
MIAMY GARDENS, FL  33169


SALADMASTER
AVE LOMAS VERDES CARR 177 SANTA MARIA SH
GUAYNABO, PR  00969

SANTIAGO RIVERA
LEO 1761 VENUS GARDENS
SAN JUAN, PR  00926


SANTILLANA
2023 NW 84TH AVE
DORAL, FL  33122


SCHOLASTIC
PO BOX 3720
JEFERSON CITY, MO  65102-3720


SELLERS PUBLISING, INC
161 JOHN ROBERTS RD
SOUTH PORTLAND, ME  04106


SERVILLIBROS
HOWARD 787 UIVERSITY GARDENS
SAN JUAN, PR  00926


SIMON AND SHUSTER
PO BOX 70660
CHICAGO, IL  60673-0660


SPANISH PUBLISHERS
8871 SW 129 TERRACE
MIAMY, FL  33176

SUNNYSCEN LLC
PO BOX 7317
RENO, NV 89503


TRIPLE S
PO BOX 71548
SAN JUAN, PR 00936-8648


US GAMES SYSTEMS INC
179 LODLOW STREET
STANFORD, CT 9602


XINEERGIE
535 CARR 189 STE 14-VILLA MARINA PLAZA
GURABO, PR 00778

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:

BETA BOOK PUERTO RICO ONC _____

<span style="font-size:smaller">Debtor(s)</span>

Case No. _____

Chapter **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
_____

_____

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

BETA BOOK PUERTO RICO ONC _____
Printed Name(s) of Debtor(s)

**X** */s/ EDUARDO SANTACANA LABRADA*      12/30/2015
    Signature of Debtor                              Date

Case No. (if known) _____

**X** _____
    Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify the case:**

Debtor name  **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>☐ Other _____ | **$524,962.00** |
| **For prior year:** From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$985,233.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

| Debtor | BETA BOOK PUERTO RICO ONC | Case number *(if known)* | |

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | HARPER COLLINS PUBLISHERS VS LIBRERIAS BETA BOOK CAFE<br>KCD 2015-2423 | MONEY COLLECTION | TRIBUNAL SAN JUAN | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | DEREK B. MIRABAL GONZALEZ VS LIBRERIAS BETA BOOK CAFE<br>KCN 2015-5212 | MONEY COLLECTION | TRIBUNAL SUPERIO SAN JUAN | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | DIANILU CORA RIVERA VS BETA BOOK CAFE<br>FCM 2015-3209 | MONEY COLLECTION | TRIBUNAL PRIMERA INSTANCIA CAROLINA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | SPANISH PUBLISHER VS LIBRERIA BETA BOOK CAFE<br>KCM 2015-4763 | MONEY COLLECTION | TRIBUNAL SUPERIOR SAN JUAN | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | EDITORIAL EDIL VS BETA BOOK CAFE<br>KCM 2015-8955 | MONEY COLLECTION | TRIBUNAL PRIMERA INSTANCIA SAN JUAN | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **BETA BOOK PUERTO RICO ONC**                              Case number *(if known)* _____

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lcda. Damaris Quinones<br>PO Box 429<br>Cabo Rojo, PR 00623-0429** | **0.00** | | **unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **BETA BOOK PUERTO RICO ONC**  Case number *(if known)* _____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                     Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **BETA BOOK PUERTO RICO ONC**                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **JOVER & LEON CPA, LLC** | **2014-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **RAMON MENA FERNANDEZ<br>J 14 AVE SAN PATRICIO EDIFICIO EL CORDOV<br>GUAYNABO, PR 00968** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | **DICEMBER 2015** | **158,682** |

| Name and address of the person who has possession of inventory records |
|---|
| **RAMON MENA FERNANDEZ<br>J 14 AVE SAN PATRICION EDIFICIO EL CORDO<br>GUAYNABO, PR 00968** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BETA GALERIA SEVILLANA DEL LIBRO S.A.U** | **PARQUE TECNOLIGICO ISLA DE LA CARTUJA AV SEVILLA, ES 41092** | **SHAREHOLDER** | |

Debtor   **BETA BOOK PUERTO RICO ONC**　　　　　　　Case number *(if known)*　＿＿＿＿＿＿＿＿＿＿＿＿＿

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BOOK CAFE PR INC | 1353 AVE LUIS VIGOREAUX 574 GUAYNABO, PR 00966 | SHAREHOLDER | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AREQUIPA PRODUCCIONES SL | CALLE MURCIA 1 , 1D BARACALDO VIZCAYA, ES 48902 | SHAREHOLDER | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**　**Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **BETA BOOK PUERTO RICO ONC**                        Case number *(if known)* _____

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 30, 2015**

**/s/ EDUARDO SANTACANA LABRADA**                    **EDUARDO SANTACANA LABRADA**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **REPRESENTATIVE SHAREHOLDER**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BETA BOOK PUERTO RICO ONC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **66-0810027** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PLAZA CAROLINA STATION PO BOX 8950 CAROLINA, PR 00936-8950** | **PLAZA CAROLINA STATION PO BOX 8950 CAROLINA, PR 00936-8950** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Juan** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **BETA BOOK PUERTO RICO ONC**
_____   Case number (*if known*)   _____
Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

| Debtor | BETA BOOK PUERTO RICO ONC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **BETA BOOK PUERTO RICO ONC**       Case number (*if known*) _____
      Name

---

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2015**
      MM / DD / YYYY

X **/s/ EDUARDO SANTACANA LABRADA**       **EDUARDO SANTACANA LABRADA**
Signature of authorized representative of debtor       Printed name

Title    **REPRESENTATIVE SHAREHOLDER**

---

**18. Signature of attorney**

X **/s/ Damaris Quinones-Vargas**       Date **December 30, 2015**
Signature of attorney for debtor       MM / DD / YYYY

**Damaris Quinones-Vargas**
Printed name

**Lcda. Damaris Quinones**
Firm name

**PO Box 429**
**Cabo Rojo, PR 00623-0429**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address **damarisqv@bufetequinones.com**

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 30, 2015**

X **/s/ EDUARDO SANTACANA LABRADA**
Signature of individual signing on behalf of debtor

**EDUARDO SANTACANA LABRADA**
Printed name

**REPRESENTATIVE SHAREHOLDER**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:   **DISTRICT OF PUERTO RICO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MUNICIPIO DE CAROLINA -CRIM PO BOX 8 CAROLINA, PR 00986-0008** | | | | | | $38,073.93 |
| **SIMON AND SHUSTER PO BOX 70660 CHICAGO, IL 60673-0660** | | | | | | $36,121.59 |
| **PENGUIN 6303 E TANQUE VERDE RD SUITE 110 TUCKSIN, AZ 85715** | | | | | | $27,550.32 |
| **RANDOM HOUSE 6303 E TANQUE VERDE RD SUITE 110 TUCKSON, AK 85715** | | | | | | $27,306.00 |
| **HARPER COLLINS 10 ESAT 53RD STREET NEW YORK, NY 1022** | | | | | | $26,516.81 |
| **DAEMON COMIC DISTRIBIUTORS, ENC PO BOX 79582 BOLTIMORE, MD 21279** | | | | | | $25,052.12 |
| **PLAZA LAS AMERICAS PO BOX 363268 SAN JUAN, PR 00936-3268** | | | | | | $23,682.00 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**
         Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HACHETTE** 53 STATE ST BOSTON, MD 02109 | | | | | | **$22,492.83** |
| **PLAZA CAROLINA** PO BOX 9000 CAROLINA, PR 00988-9000 | | | | | | **$20,815.00** |
| **SELLERS PUBLISING, INC** 161 JOHN ROBERTS RD SOUTH PORTLAND, ME 04106 | | | | | | **$19,430.94** |
| **ATT** PO BOX 70261 SAN JUAN, PR 00936-8261 | | | | | | **$18,538.92** |
| **BANCO POPULAR** PO BOX 70100 SAN JUAN, PR 00936-8100 | | | | | | **$14,625.55** |
| **GFR MEDIA LLC** PO BOX 71445 SAN JUAN, PR 00936-8545 | | | | | | **$12,381.77** |
| **PERSEBUS** 210 AMERICAN DRIVE JAKSON, TN 38301 | | | | | | **$12,334.00** |
| **FW MEDIA** 4700 ESAT GALBRIDE ROAD CINCINATY, OH 45236 | | | | | | **$12,256.08** |
| **SPANISH PUBLISHERS** 8871 SW 129 TERRACE MIAMY, FL 33176 | | | | | | **$12,145.00** |
| **DISTAL** PO BOX 80031 AVENTURA, FL | | | | | | **$11,816.82** |
| **LD BOOKS** 8313 NY68 TH STREET MIAMY, FL 33166 | | | | | | **$11,699.94** |
| **DIS** PO BOZ 9066544 SAN JUAN, PR 00936 | | | | | | **$10,704.97** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor   **BETA BOOK PUERTO RICO ONC**

Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CARVAJAL**<br>**PO BOX 195040**<br>**CATANO, PR 00962** | | | | | | **$10,622.04** |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1.. | **BANCO POPULAR** | **CHECKING** | | **$0.00** |
| 3.2.. | **BANCO POPULAR** | **CHEECKING** | 099 | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$0.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**   Case number *(If known)* _____
_____
Name

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials INFORMATION SYSTEMS | | $28,058.04 | | $28,058.04 |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies BOOKS | 12/28/2015 | $158,682.00 | | $158,682.00 |
| SERVER PLAZA SEE ATTACHMENT | 12/28/2015 | $1,266.67 | | $1,266.67 |
| ELECTRONIC EQUIPMENT SEE ATTACHMENT | 12/28/2015 | $4,547.77 | | $4,547.77 |
| OFFICE EQUIPMENT AND SHELVES SEE ATTACHMEMT | 12/28/2015 | $10,617.00 | | $10,617.00 |
| COMPUTER PROGRAMS SEE ATTACHMENT | 12/28/2015 | $1,348.02 | | $1,348.02 |
| SECURITY EQUIPMENT SEE ATTACHMENT | 12/28/2015 | $5,625.77 | | $5,625.77 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $210,145.27 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                                    Case number *(If known)* _____
         <sub>Name</sub>

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $210,145.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $210,145.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $210,145.27 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name        **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**ALIANZA PEDAGOGICA CORP**

826A 2DO PISO AVE
RIO PIEDRAS, PR 00925

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$6,621.12

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.2** Nonpriority creditor's name and mailing address
**AMERICAN GREETINGS**

PO Box 640782
Pittsburgh, PA 15264-0782

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$2,443.52

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.3** Nonpriority creditor's name and mailing address
**ANA LUISA DURAN**

URB. COLINAS DE MONTE CARLO A 1 -18 CALL
SAN JUAN, PR 00924

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$126.00

Debtor   **BETA BOOK PUERTO RICO ONC**                    Case number (if known) _____
_____Name_____

☐ Disputed

_____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $674.24 |
|---|---|---|---|

**ANA NAVARRO**

Check all that apply.
☐ Contingent

**AVENIDA LOMAS VERDES CARR 177**
**SANTA MARI**
**GUAYNABO, PR 00969**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.23 |
|---|---|---|---|

**ANGEL M AGOSTO**

Check all that apply.
☐ Contingent

**PO BOX 1393**
**RIO GRANDE, PR 00745**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.00 |
|---|---|---|---|

**ANGEL ORTIZ GUZMAN**

Check all that apply.
☐ Contingent

**1A 23 PARUQES DE SAN IGNACIO**
**SAN JUAN, PR 00921**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $209.09 |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **BETA BOOK PUERTO RICO ONC**                                    Case number (if known) _____
         Name

**ANGIE GUTIERREZ**
**URB ROLLING HILL**
**138 Carr 860**
**Carolina, PR 00987-7273**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
         ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |

**ANIBAL ROSARIO PLANAS**
**EXT. SANTA TERESITA**
**3939 Calle Santa Alodia**
**Ponce, PR 00730-4632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
         ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 |

**ANISSA V. HERNANDEZ**

**PO Box 547**
**Gurabo, PR 00778-0547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
         ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.32 |

**ARTGAME**

**7370 ESAT GATE ROAD SUITE 150**
**HENDERSON, NV 89011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
         ☐ Yes

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                         Case number (if known)  _____
         Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$105.00** |

**ARTURO BIRD CARMONA**

**PO Box 901**
**Luquillo, PR 00773-0901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$660.00** |

**ASOCIACION DE INDUSTRIALES DE PR**

**Centro Internacional de Mercadeo**
**Guaynabo, PR 00968**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,538.92** |

**ATT**

**PO BOX 70261**
**SAN JUAN, PR 00936-8261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,750.35** |

**AUTORIDAD DE ENERGIA ELECTRICA**

**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                     Case number (if known) _____
_____
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,301.00** |

**BAKER AND TAYLOR**

Check all that apply.
☐ Contingent

**PO Box 277938**
**Atlanta, GA 30384-7938**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____
■ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,625.55** |

**BANCO POPULAR**

Check all that apply.
☐ Contingent

**PO BOX 70100**
**SAN JUAN, PR 00936-8100**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____
■ No
☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$343.75** |

**BARBARA SANTIAGO**
**CALLE PORTUGAL**
**486 VISTAMAR**
**CAROLINA, PR 00986**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____
■ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$309.08** |

**BIBLIOINFORMATICA**

Check all that apply.
☐ Contingent

**PO Box 19221 FERNANDEZ JUNCOS**
**STATION**
**San Juan, PR 00910-1221**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **BETA BOOK PUERTO RICO ONC**                          Case number (if known) _____
Name

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     _____     ■ No
                                                          ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$528.00** |

**CAIN**

Check all that apply.
☐ Contingent
**CENTRAL 708 ROYAL HOUSE 502**   ☐ Unliquidated
**SAN JUAN, PR 00907**            ☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     _____     ■ No
                                                          ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,830.77** |

**CAPSTONE PRESS ENC**

Check all that apply.
☐ Contingent
**PO Box 669**                   ☐ Unliquidated
**Mankato, MN 56002-0669**       ☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     _____     ■ No
                                                          ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$588.00** |

**CARIBBEAN GOOD**

Check all that apply.
☐ Contingent
**9616 CAMINO COMERCIO**         ☐ Unliquidated
**SAN ANTONIO, PR 00690**        ☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     _____     ■ No
                                                          ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$213.78** |

**CARIBBEAN MANAGEMENT**

Check all that apply.
☐ Contingent
**8167 NW 84TH ST**              ☐ Unliquidated
                                 ☐ Disputed

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor **BETA BOOK PUERTO RICO ONC**

Name

Case number (if known) _____

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.25 |

**CARLOS ANTONIO FERNANDEZ FUERTES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**URB. VILLA NEVAREZ C 20 NUM 317 SAN JUAN, PR 00936**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $235.04 |

**CAROL BLANCO ORTEGA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**126 CIUDAD DEL LAGO TRUJILLO ALTO, PR 00976**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,622.04 |

**CARVAJAL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 195040 CATANO, PR 00962**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,555.39 |

**CASIANO COMMUNICATIONS**

Check all that apply.
☐ Contingent
☐ Unliquidated

**PO BOX 12130 SAN JUAN, PR 00909-1213**

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                          Case number (if known) _____
_____
Name

☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$114.07** |
|---|---|---|---|
| | **CATTY JINNAS DIAZ** | Check all that apply. | |
| | | ☐ Contingent | |
| | **HC 3 BOX 9329** | ☐ Unliquidated | |
| | **GURABO, PR 00778** | ☐ Disputed | |

**Basis for the claim:** _____

| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,068.42** |
|---|---|---|---|
| | **CGA COMERCIAL GRUPO ALLANA** | Check all that apply. | |
| | | ☐ Contingent | |
| | **JUAN IGNACIO LUCA DE TENA, 15** | ☐ Unliquidated | |
| | **MADRID, ES 28027** | ☐ Disputed | |

**Basis for the claim:** _____

| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37.05** |
|---|---|---|---|
| | **COQUI SANTALIZ** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO BOX 801106** | ☐ Unliquidated | |
| | **COTO LAUREL, PR 00731** | ☐ Disputed | |

**Basis for the claim:** _____

| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,300.00** |
|---|---|---|---|
| | **CPA MARIA VICTORIA** | Check all that apply. | |
| | | ☐ Contingent | |
| | **CAPITAL CENTER PLAZA SUITE 1004** | | |
| | **SAN JUAN, PR 00918-1400** | | |

Debtor   **BETA BOOK PUERTO RICO ONC**                    Case number (if known) _____
         _____
         Name

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,052.12** |

**DAEMON COMIC DISTRIBIUTORS, ENC**

Check all that apply.
☐ Contingent
PO BOX 79582                                           ☐ Unliquidated
BOLTIMORE, MD 21279                                    ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100.00** |

**DANIEL A. RODRIGUEZ PAGAN**

Check all that apply.
☐ Contingent
CALLE B NUMERO 13 URB TIERRA                          ☐ Unliquidated
SANTA                                                 ☐ Disputed
VILLA ALBA, PR 00766

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,181.84** |

**DEL MAR**

Check all that apply.
☐ Contingent
PO BOX 4682                                            ☐ Unliquidated
CAROLINA, PR 00987-4682                                ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,644.00** |

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  9 of 36

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known) _____

**DIANILUZ CORA**

**90 CONDOMINIO RIO VISTA I-215
CAROLINA, PR 00987**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,601.52 |

**DICARLIZ CORPORATIOIN**

**PO BOX 137667
SAN JUAN, PR 00908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,704.97 |

**DIS**

**PO BOZ 9066544
SAN JUAN, PR 00936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,816.82 |

**DISTAL**

**PO BOX 80031
AVENTURA, FL**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **BETA BOOK PUERTO RICO ONC**
_____   Case number (if known) _____
Name

---

**3.38**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |

**DORCIA SMITH SILVA**

**UNIVERSIDAD DE PR RIO PIEDRAS
DEPARTAMEN
RIO PIEDRAS, PR 00931-3323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.39**

**EDICIONES NORTE**                                                **$2,579.67**

Nonpriority creditor's name and mailing address

**PO BOX 29461
SAN JUAN, PR 00926**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.40**

**EDICIONES PUERTO INC.**                                          **$8,095.51**

Nonpriority creditor's name and mailing address

**PO BOX 9090
SAN JUAN, PR 00908-9090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**3.41**

**EDICIONES SM PUERTO RICO**                                       **$1,381.39**

Nonpriority creditor's name and mailing address

**PO BOX 50091
TOA BAJA, PR 00950-0091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

---

Debtor   **BETA BOOK PUERTO RICO ONC**                          Case number (if known) _____
         Name

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,101.04** |

**EDITIRAL GLORY VILLE**

**3308 BERWIK LN LAKELAND**
**LAKELAND, FL 33810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$458.25** |

**EDITORA EDUCACION EMERGENTE**

**ALTURAS DE JOYUDA 6020 STEPHANIE**
**CABO ROJO, PR 00623-8907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,448.87** |

**EDITORIAL CULTURAL**

**CALLE ROBLES #51**
**RIO PIEDRAS, PR 00925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,815.27** |

**EDITORIAL EDIL**

**PO BOX 23088 UPR STATION**
**SAN JUAN, PR 00931**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **BETA BOOK PUERTO RICO ONC**                Case number (if known)   _____
         _____
         Name

Basis for the claim:   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                        ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.28 |

**EDITORIAL PLANETA MEJICANO**

Check all that apply.
☐ Contingent

**AVENIDA PRESIDENTE MASARIK 111 2PL COL.**
☐ Unliquidated

**DELEGACION MIGUEL IDALGO, ME 11570**
☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                        ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,202.00 |

**EDITORIAL TIEMPO NUEVO**

Check all that apply.
☐ Contingent

**PO BOX 368065**
☐ Unliquidated

**SAN JUAN, PR 00936**
☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                        ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.83 |

**EDITORIAL UNIVERSIDAD DE PR**

Check all that apply.
☐ Contingent

**PO BOX 23322 ESTACION UPR**
☐ Unliquidated

**SAN JUAN, PR 00931-3322**
☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                        ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.61 |

**ELINA GUISASOLA**

Check all that apply.
☐ Contingent

**METRO OFFICE PARK 7 SUITE 207**
**GUAYNABO, PR 00968**

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **BETA BOOK PUERTO RICO ONC**                    Case number (if known) _____

_Name_

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____  **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,591.06** |

**ENLACE**

_Check all that apply._
☐ Contingent

PO BOX 79762
CAROLINA, PR 00987

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____  **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$368.75** |

**ERISBELIA GARRIGA**

_Check all that apply._
☐ Contingent

1635 E. 52ND STREET
BROOKLIN, NY 11234

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____  **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$90.00** |

**ESTHER M. ANDRADE PIZARRO**

_Check all that apply._
☐ Contingent

VILLA CAROLINA 613, 236-2
CAROLINA, PR 00985

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____  **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$755.24** |

---

Debtor   **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known) _____

**FELIX MILLAN**

**PO BOX 535**
**FAJARDO, PR 00773-0535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,111.02 |
|------|------|------|------|

**FOLIO BY FUN N NUF**

**PO BOX 12368**
**COLOMBUS, OH 43212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $110.04 |
|------|------|------|------|

**FORSA EDITORES INC**

**PO BOX 11249**
**SAN JUAN, PR 00936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,256.08 |
|------|------|------|------|

**FW MEDIA**

**4700 ESAT GALBRIDE ROAD**
**CINCINATY, OH 45236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**
_____
Name

Case number (if known) _____

---

| 3.57 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**GFR MEDIA LLC**

**PO BOX 71445**
**SAN JUAN, PR 00936-8545**

As of the petition filing date, the claim is:                      **$12,381.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**GIRON**

**2141 WEST 21 ST**
**CHOCAGO, IL 60608**

As of the petition filing date, the claim is:                      **$4,678.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA**

**APARTADO 8**
**CAROLINA, PR 00986**

As of the petition filing date, the claim is:                      **$1,197.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**GRUPO TREVENQUE**

**CAMINO BAJO DE HUETOR 150**
**GRANADA, ES 18008**

As of the petition filing date, the claim is:                      **$24.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

---

Debtor   **BETA BOOK PUERTO RICO ONC**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,492.83**

**HACHETTE**

**53 STATE ST**
**BOSTON, MD 02109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | | **$162.05**

**HAROLD ACEVEDO MARQUEZ**

**BUZON 23 URB. ESTANCIAS DE SAN**
**RAFAEL**
**TRUJILLO ALTO, PR 00976**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | | **$50.00**

**HAROLD JESURUN**

**PO BOX 194169**
**SAN JUAN, PR 00919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | | **$26,516.81**

**HARPER COLLINS**

**10 ESAT 53RD STREET**
**NEW YORK, NY 1022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **BETA BOOK PUERTO RICO ONC**                Case number (if known) _____
_____
Name

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$60.00** |

**HIRAM A. SANCHEZ MARTINEZ**

Check all that apply.
☐ Contingent

**WV8-36 CALLE TIRSO DE MOLLINA**            ☐ Unliquidated
**URB RIVERA**                                ☐ Disputed
**SAN JUAN, PR 00926-6809**

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$90.00** |

**HIRAM LOZADA PEREZ**

Check all that apply.
☐ Contingent

**AVE PONCE DE LEON 452 OFICINA 416**         ☐ Unliquidated
**SAN JUAN, PR 00936**                        ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$657.00** |

**HUGO RODRIGUEZ DIAS**

Check all that apply.
☐ Contingent

**CONDOMINIO LAS TORRES EDI NORTE**           ☐ Unliquidated
**OFFICINA**                                  ☐ Disputed
**BAYAMON, PR 00959**

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,950.00** |

---

Debtor  **BETA BOOK PUERTO RICO ONC**                                    Case number (if known) _____
_____
Name

**IDEAL WORKS LLC**                            Check all that apply.
                                               ☐ Contingent
**23263 LEA CT**                               ☐ Unliquidated
**VALENCIA, CA 91354**                         ☐ Disputed

                                               Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                               ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |

**IDELISA RIOS**                               Check all that apply.
                                               ☐ Contingent
**CALLE CASTILLA BB 26 ALTURAS DE**            ☐ Unliquidated
**CASTELLA**                                   ☐ Disputed
**CAROLINA, PR 00983**

                                               Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                               ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,247.22 |

**INGRAM**                                     Check all that apply.
                                               ☐ Contingent
**1210 INGRAM DRIVE**                          ☐ Unliquidated
**ATLANTA, GA 30384-716**                      ☐ Disputed

                                               Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                               ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.38 |

**INGRID BORGES**                              Check all that apply.
                                               ☐ Contingent
**1158 AVE MAGDALENA TH #11**                  ☐ Unliquidated
**SAN JUAN, PR 00907**                         ☐ Disputed

                                               Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                               ■ No
Last 4 digits of account number _____   ☐ Yes

---

Debtor   **BETA BOOK PUERTO RICO ONC**                              Case number (if known) _____
_____
Name

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,517.67** |

**IVAN FIGUEROA OTERO**

Check all that apply.
☐ Contingent
**253 CALLE SAN JORGE TORRE MEDICA**
☐ Unliquidated
**SUITE 4**
☐ Disputed
**SAN JUAN, PR 00966**

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$107.05** |

**JAIME L. MARZAN RAMOS**

Check all that apply.
☐ Contingent
☐ Unliquidated
**PO BOX 10225**
☐ Disputed
**SAN JUAN, PR 00908**

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$240.00** |

**JERRY TORRES SANTIAGO**

Check all that apply.
☐ Contingent
**CALLE 9 #26 BO PALMAS**
☐ Unliquidated
**YAUCO, PR 00698**
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$121.45** |

**JORGE L. NINA ESPINOSA**

Check all that apply.
☐ Contingent
**CALLE LAFAYETTE 157 PARADA 20**
☐ Unliquidated
**SAN JUAN, PR 00906-2620**
☐ Disputed

**Basis for the claim:**
_____

---

Debtor **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known) _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.76 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $239.76 |
| | **JOSELYN TORRES** | Check all that apply. |
| | | ☐ Contingent |
| | **111 EL VEDADO CALLE ISABEL** | ☐ Unliquidated |
| | **ANDREU** | ☐ Disputed |
| | **SAN JUAN, PR 00926** | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.77 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,793.82 |
| | **JR BLUE** | Check all that apply. |
| | | ☐ Contingent |
| | **CALLE B LOTE 35** | ☐ Unliquidated |
| | **CAROLINA, PR 00985** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.78 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $84.95 |
| | **JUBILEE GROUP INC** | Check all that apply. |
| | | ☐ Contingent |
| | **PO BOX 11221** | ☐ Unliquidated |
| | **SAN JUAN, PR 00936** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.79 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $720.00 |
| | **L&R CRETIVE CORP** | Check all that apply. |
| | | ☐ Contingent |
| | **BO QUEBRADA ARENA CARR 1 KM 27** | ☐ Unliquidated |
| | **CAGUAS, PR 00725** | ☐ Disputed |

---

Debtor   **BETA BOOK PUERTO RICO ONC**
Name
                                                  Case number (if known) _____

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

                                                  ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$80.00** |

**LAURA F. DIAZ FEBRES**

*Check all that apply.*
☐ Contingent
**CALLE SONORA AH -4 VENUS**    ☐ Unliquidated
**GARDENS**                      ☐ Disputed
**SAN JUAN, PR 00926**

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

                                                  ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,699.94** |

**LD BOOKS**

*Check all that apply.*
☐ Contingent
**8313 NY68 TH STREET**          ☐ Unliquidated
**MIAMY, FL 33166**             ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

                                                  ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**LETRAS INC**

*Check all that apply.*
☐ Contingent
**PO BOX 50091**                ☐ Unliquidated
**TOA BAJA, PR 00949**          ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

                                                  ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,747.03** |

**LIBROS EL NAVEGANTE**

*Check all that apply.*
☐ Contingent
**PO BOX 9023659**
**SAN JUAN, PR 00901**

Debtor   **BETA BOOK PUERTO RICO ONC**                              Case number (if known) _____
              Name

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$52.43** |
|------|-----|-----|-----|

**LINDA PAGAN**

Check all that apply.
☐ Contingent

**PLAZA 18 - ME 26 MONTE CLARO**                   ☐ Unliquidated
**BAYAMON, PR 00961**                              ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$525.00** |
|------|-----|-----|-----|

**LUZ A CARRILLO**

Check all that apply.
☐ Contingent

**CALLE 28 TI 26 AVENIDA TURABO**                  ☐ Unliquidated
**GDNS**                                           ☐ Disputed
**CAGUAS, PR 00725**

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,729.01** |
|------|-----|-----|-----|

**LYNNE RIENNER CO**

Check all that apply.
☐ Contingent

**1800 30 TH ST SUITE 314**                        ☐ Unliquidated
**BOWLER, CO 80301-1026**                          ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$106.00** |
|------|-----|-----|-----|

Debtor   **BETA BOOK PUERTO RICO ONC**
_____   Case number (if known) _____
Name

**MAGALY QUINONES**

*Check all that apply.*
☐ Contingent
**PO BOX 22269**   ☐ Unliquidated
**SAN JUAN, PR 00931**   ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$84.75** |

**MARIA BIRD PICO**

*Check all that apply.*
☐ Contingent
**EI 307 GANIVETTE**   ☐ Unliquidated
**SAN JUAN, PR 00926**   ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$924.65** |

**MARIA TERESA CABEZAS
CARRASQUILLO**

*Check all that apply.*
☐ Contingent
**33 URB. BLQ 5 #30 VILLA CAROLINA**   ☐ Unliquidated
**CAROLINA, PR 00985**   ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$120.00** |

**MARISOL CATRO TELLERIAS**

*Check all that apply.*
☐ Contingent
**PO BOX 6581**   ☐ Unliquidated
**SAN JUAN, PR 00914**   ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

■ No
Last 4 digits of account number _____   ☐ Yes

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**          Case number (if known) _____
         Name

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.70 |

**MELISSA A . CLANCY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PMB 452 1353 RD 19
GUAYNABO, PR 00966

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.51 |

**METRO COMICS INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 1787
GUAYNABO, PR 00970

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 |

**MIGADALIA GUZMAN LUGO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

CALLE 424 MO 13 COUNTRY CLUB
CAROLINA, PR 00982

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 |

**MIGUEL A. ARRIETA MORALES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 195445
SAN JUAN, PR 00919

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

Debtor  __BETA BOOK PUERTO RICO ONC_____    Case number (if known) _____
  Name

---

| 3.95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$54.00** |
| **MIGUEL ANGEL BOSQUES** | Check all that apply. | |
| | ☐ Contingent | |
| **CALLE 4 AG 2 URB ALMIRA** | ☐ Unliquidated | |
| **TOA BAJA, PR 00949** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23.11** |
| **MIGUEL ANGEL ZAYAS** | Check all that apply. | |
| | ☐ Contingent | |
| **1624 COLIBRI URB BRISAS DEL PRADO** | ☐ Unliquidated | |
| **SANTA ISABEL, PR 00757** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$247.00** |
| **MOISES TOLLINCHI** | Check all that apply. | |
| | ☐ Contingent | |
| **URB LA ARBOLEDA CALLE HASTING B 9** | ☐ Unliquidated | |
| **GUAYNABO, PR 00966** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number _____ | ☐ Yes | |

---

| 3.98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| **MS BOOKS** | Check all that apply. | |
| | ☐ Contingent | |
| **138 AVE WINSTON CHURCHILL** | ☐ Unliquidated | |
| **SAN JUAN, PR 00936** | ☐ Disputed | |
| | **Basis for the claim:** | |

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known) _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,073.93 |
|---|---|---|---|
| | **MUNICIPIO DE CAROLINA -CRIM** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO BOX 8** | ☐ Unliquidated | |
| | **CAROLINA, PR 00986-0008** | ☐ Disputed | |
| | | Basis for the claim: _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 |
|---|---|---|---|
| | **MUSEO DE ARTE CONTEMPORANEO DE PR** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PONCE DE LEON ESQ ROBERTO H TODD PARADA** | ☐ Unliquidated | |
| | **SANTURSE, PR 00907** | ☐ Disputed | |
| | | Basis for the claim: _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.98 |
|---|---|---|---|
| | **NELSON BASSI SABIDURIA ETERNA EDICIONES** | Check all that apply. | |
| | | ☐ Contingent | |
| | **MSC #834 138 AVE WINSTON CHURCHIL** | ☐ Unliquidated | |
| | **SAN JUAN, PR 00926** | ☐ Disputed | |
| | | Basis for the claim: _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.06 |
|---|---|---|---|

Debtor  **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known)

**PANAMERICANA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 25189**
**SAN JUAN, PR 00926**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23.11** |
|---|---|---|---|

**PANININ FOODBOL PR**

*Check all that apply.*
☐ Contingent

**PO BOX 20216**
**SAN JUAN, PR 00928-0701**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,550.32** |
|---|---|---|---|

**PENGUIN**

*Check all that apply.*
☐ Contingent

**6303 E TANQUE VERDE RD SUITE 110**
**TUCKSIN, AZ 85715**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00** |
|---|---|---|---|

**PERIODICO METRO**

*Check all that apply.*
☐ Contingent

**CALLE JOSE R. CARAZO #64**
**GUAYNABO, PR 00969**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor  **BETA BOOK PUERTO RICO ONC**
     Name

Case number (if known) _____

---

| 3.10 6 | Nonpriority creditor's name and mailing address **PERSEBUS** | As of the petition filing date, the claim is: | $12,334.00 |

**PERSEBUS**

**210 AMERICAN DRIVE**
**JAKSON, TN 38301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 7 | Nonpriority creditor's name and mailing address **PINEYRO Y LARA** | As of the petition filing date, the claim is: | $2,100.03 |

**PINEYRO Y LARA**

**PMB #212 PO BOX 70171**
**SAN JUAN, PR 00936**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 8 | Nonpriority creditor's name and mailing address **PLAZA CAROLINA** | As of the petition filing date, the claim is: | $20,815.00 |

**PLAZA CAROLINA**

**PO BOX 9000**
**CAROLINA, PR 00988-9000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 9 | Nonpriority creditor's name and mailing address **PLAZA LAS AMERICAS** | As of the petition filing date, the claim is: | $23,682.00 |

**PLAZA LAS AMERICAS**

**PO BOX 363268**
**SAN JUAN, PR 00936-3268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

---

Debtor    **BETA BOOK PUERTO RICO ONC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.11 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,707.58 |
|---|---|---|---|

**PLAZA MAYOR**

APART. POSTAL 3148
GUAYNABO, PR 00970

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.11 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**PMB 255 (FERNANDO FERNANDEZ)**

PO BOX 6032
CAROLINA, PR 00984

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.11 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |
|---|---|---|---|

**PML ADVERTISING AND PRINTING
SERVICES**

PO BOX 191182
SAN JUAN, PR 00919-1182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.11 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.83 |
|---|---|---|---|

**POSTALES BIEN COOL**

PO BOX 361056
SAN JUAN, PR 00936-1056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **BETA BOOK PUERTO RICO ONC**
Name

Case number (if known) _____

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.11 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $224.63 |

**PUBLICACIONES EXCELENTE**

*Check all that apply.*

☐ Contingent

**PO BOX 361890**
**SAN JUAN, PR 00936**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.11 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,506.72 |

**PURA VIDA BOOKS DISTRIBUITORS**

*Check all that apply.*

☐ Contingent

**PO BOX 2022**
**SALINAS, PR 00751**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.11 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $164.79 |

**QUALITY LINK TOLINK**

*Check all that apply.*

☐ Contingent

**DE PLAZA LINCOLNL 100 ESTE 100**
**NORTE 50**
**SAN VICENTE MORAVIA, CR 11401**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.11 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,306.00 |

**RANDOM HOUSE**

*Check all that apply.*

☐ Contingent

**6303 E TANQUE VERDE RD SUITE 110**
**TUCKSON, AK 85715**

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                     Case number (if known) _____
         _____
         Name

☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
                                                ☐ Yes

---

| 3.11 8 | **Nonpriority creditor's name and mailing address**<br>**REPRESENTACIONES BORINQUENAS INC**<br><br>**PO BOX 139**<br>**AGUAS BUENAS, PR 00703** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | **$3,530.79** |

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
                                                ☐ Yes

---

| 3.11 9 | **Nonpriority creditor's name and mailing address**<br>**RUBIS CAMACHO VELAZQUEZ**<br><br>**HC 01 BUZON 5459**<br>**GUAYNABO, PR 00969** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | **$48.00** |

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
                                                ☐ Yes

---

| 3.12 0 | **Nonpriority creditor's name and mailing address**<br>**SAFARY LTD**<br><br>**1400 N.W. 159TH ST SUITE 104**<br>**MIAMY GARDENS, FL 33169** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | **$52.79** |

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
                                                ☐ Yes

---

| 3.12 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,068.93** |

Debtor   **BETA BOOK PUERTO RICO ONC**                          Case number (if known) _____
_____
Name

**SALADMASTER**                          *Check all that apply.*
                                         ☐ Contingent
**AVE LOMAS VERDES CARR 177 SANTA**      ☐ Unliquidated
**MARIA SH**                             ☐ Disputed
**GUAYNABO, PR 00969**

                                         **Basis for the claim:**
                                         _____

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

                                         ■ No
Last 4 digits of account number  _____  ☐ Yes

---

| 3.12 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13.15** |

**SANTIAGO RIVERA**                      *Check all that apply.*
                                         ☐ Contingent
**LEO 1761 VENUS GARDENS**               ☐ Unliquidated
**SAN JUAN, PR 00926**                   ☐ Disputed

                                         **Basis for the claim:**
                                         _____

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

                                         ■ No
Last 4 digits of account number  _____  ☐ Yes

---

| 3.12 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,890.27** |

**SANTILLANA**                           *Check all that apply.*
                                         ☐ Contingent
**2023 NW 84TH AVE**                     ☐ Unliquidated
**DORAL, FL 33122**                      ☐ Disputed

                                         **Basis for the claim:**
                                         _____

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

                                         ■ No
Last 4 digits of account number  _____  ☐ Yes

---

| 3.12 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,938.99** |

**SCHOLASTIC**                           *Check all that apply.*
                                         ☐ Contingent
**PO BOX 3720**                          ☐ Unliquidated
**JEFERSON CITY, MO 65102-3720**         ☐ Disputed

                                         **Basis for the claim:**
                                         _____

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

                                         ■ No
Last 4 digits of account number  _____  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 33 of 36

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **BETA BOOK PUERTO RICO ONC**                                   Case number (if known) _____
_____
Name

| 3.12 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          **$19,430.94**
**SELLERS PUBLISING, INC**                          Check all that apply.
☐ Contingent
**161 JOHN ROBERTS RD**                             ☐ Unliquidated
**SOUTH PORTLAND, ME 04106**                        ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
☐ Yes

---

| 3.12 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          **$222.00**
**SERVILLIBROS**                                    Check all that apply.
☐ Contingent
**HOWARD 787 UIVERSITY GARDENS**                    ☐ Unliquidated
**SAN JUAN, PR 00926**                              ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
☐ Yes

---

| 3.12 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          **$36,121.59**
**SIMON AND SHUSTER**                               Check all that apply.
☐ Contingent
**PO BOX 70660**                                    ☐ Unliquidated
**CHICAGO, IL 60673-0660**                          ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ■ No
☐ Yes

---

| 3.12 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          **$12,145.00**
**SPANISH PUBLISHERS**                              Check all that apply.
☐ Contingent
**8871 SW 129 TERRACE**                             ☐ Unliquidated
**MIAMY, FL 33176**                                 ☐ Disputed

**Basis for the claim:** _____

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **BETA BOOK PUERTO RICO ONC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.129**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          **$600.94**
**SUNNYSCEN LLC**                                                       Check all that apply.
                                                                        ☐ Contingent
**PO BOX 7317**                                                          ☐ Unliquidated
**RENO, NV 89503**                                                       ☐ Disputed

                                                                        **Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.130**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          **$3,458.56**
**TRIPLE S**                                                            Check all that apply.
                                                                        ☐ Contingent
**PO BOX 71548**                                                         ☐ Unliquidated
**SAN JUAN, PR 00936-8648**                                             ☐ Disputed

                                                                        **Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.131**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          **$2,514.25**
**US GAMES SYSTEMS INC**                                                Check all that apply.
                                                                        ☐ Contingent
**179 LODLOW STREET**                                                    ☐ Unliquidated
**STANFORD, CT 9602**                                                    ☐ Disputed

                                                                        **Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.132**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:          **$34.41**
**XINEERGIE**                                                           Check all that apply.
                                                                        ☐ Contingent
**535 CARR 189 STE 14-VILLA MARINA**                                     ☐ Unliquidated
**PLAZA**                                                                ☐ Disputed
**GURABO, PR 00778**

---

Debtor  **BETA BOOK PUERTO RICO ONC**            Case number (if known) _____
        _____
        Name

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

                                                    ■ No

Last 4 digits of account number _____    ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 550,867.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 550,867.46 |

**Fill in this information to identify the case:**

Debtor name **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **BETA BOOK PUERTO RICO ONC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................    $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................    $      **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................    $      **0.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $      **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................    $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................    +$      **550,867.46**

4. Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b      $      **550,867.46**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico

In re **BETA BOOK PUERTO RICO ONC** _____   Case No. _____

_____ Debtor(s)   Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 9,950.00 |
| Prior to the filing of this statement I have received | $ 9,950.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **REPRESENTATION IN ADVERSARY PROCEEDINGS AND CONTESTED MATTERS WILL BE BILLED AT 200.00 HOURLY. FIXED RATE ID FOR ANNALISYS, PREPARARTION, FILING AND REPRESENTATION**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 30, 2015** _____   **/s/ Damaris Quinones-Vargas** _____
_Date_   **Damaris Quinones-Vargas**
   _Signature of Attorney_
   **Lcda. Damaris Quinones**

   **PO Box 429**
   **Cabo Rojo, PR 00623-0429**

   **damarisqv@bufetequinones.com** _____
   _Name of law firm_

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com